STATE of Maine

v.

Carl W. CURTIS, SR.

Supreme Judicial Court of Maine.

Argued Jan. 21, 1986.

Decided Jan. 30, 1986.

R. Christopher Almy, Dist. Atty., Michael Roberts, Philip C. Worden (orally), Asst. Dist. Attys., Bangor, for the State.

Claire A. Julian (orally), Bangor, for defendant.

Before McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

On appeal from a judgment of the Superior Court, Penobscot County, Carl W. Curtis, Sr. contends that his right to a speedy trial was denied and challenges the sufficiency of the evidence for his convictions of kidnapping, 17–A M.R.S.A. § 301 (1983), possession of a firearm by a felon, 15 M.R.S.A. § 393 (1983 & Supp. 1985–1986), and two counts of criminal threatening with a dangerous weapon, 17–A M.R.S.A. § 209 (1983), entered after a jury-waived trial. Our review of the record discloses no violation of the defendant's right to a speedy trial. Viewing the evidence in the light most favorable to the State, the court could rationally conclude beyond a reasonable doubt that the defendant intended to and did use one victim as a shield or hostage; that the sawed-off shotgun he used was in fact a real firearm; and that his threats and actions with the shotgun placed both victims in fear of imminent bodily injury. *See State v. Thompson*, 503 A.2d 228, 232 (Me.1986); *cf. State v. Littlefield*, 389 A.2d 16 (Me.1978).

The entry is:

Judgment affirmed.

All concurring.